UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                              Case No. **25-mj-30169**
                                                Originating No.  25CR77

**DAMARKO AMIR KIMBLE,**

      Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DAMARKO AMIR KIMBLE,** to answer to charges pending in another federal district, and states:

1. On **March 20, 2025,** defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Northern District of Ohio based on an Indictment**.  Defendant is charged in that district with violations of **21 United States Code Section 841(a)(1) and (b)(1)(A) and 18 United States Code Section 111(a)(1) and (a)(2).**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JULIE BECK
Acting United States Attorney

*s/Blake Hatlem*
BLAKE HATLEM
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: March 20, 2025